UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY J. ROSACRANS,

       Plaintiff,

                                Case No. 05-CV-72674

v.

                              HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND
REMANDING MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

I.

This is a social security case. Plaintiff Mary J. Rosacrans appeals from the final determination of the Commissioner of Social Security (Commissioner) that she is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. The magistrate judge issued a report and recommendation (MJRR) recommending that the matter be remanded for further administrative proceedings.

II.

Neither party has filed objections to the MJRR. Accordingly, the findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court. This matter is REMANDED for further administrative proceedings consistent with the MJRR.

SO ORDERED.

Dated: July 26, 2006         s/Avern Cohn
                             AVERN COHN
                             UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, July 26, 2006, by electronic and/or ordinary mail.

                             s/Julie Owens
                             Case Manager, (313) 234-5160